# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2016

Robert P. Young, Jr.,
Chief Justice

149699

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                           SC: 149699
                           COA: 320166

MARK STEVEN DAWSON,
                Shiawassee CC: 77-004516-FH

      Defendant-Appellant.

_____/

      By order of April 28, 2015, the application for leave to appeal the June 27, 2014 order of the Court of Appeals was held in abeyance pending the decision in *Montgomery v Louisiana*, cert gtd 575 US ___; 135 S Ct 1546; 191 L Ed 2d 635 (2015). On order of the Court, the case having been decided on January 25, 2016, 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Shiawassee Circuit Court on the defendant's first-degree murder conviction, and we REMAND this case to the trial court for resentencing pursuant to MCL 769.25 and MCL 769.25a. See *Montgomery*, *supra*, and *Miller v Alabama,* 567 US ___; 132 S Ct 2455; 183 L Ed 2d 407 (2012).

      We do not retain jurisdiction.



s0418

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2016 _____



                      Clerk